## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMPEROR JOEY BUILDER,** | : | **No. 3:25-CV-2389** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, *et al.*,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED THAT**:

1. Plaintiff's Section 1983 complaint is **DISMISSED** with and without prejudice, as follows:

   a. Plaintiff's Section 1983 claims against the Commonwealth of Pennsylvania, Judge Norton, Judge McDonald, and Attorney John McDaniels are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted, as granting leave to amend these claims would be futile.

   b. All other Section 1983 claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate defendants Commonwealth of Pennsylvania, Judge Norton, Judge McDonald, and Attorney John McDaniels.

3. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order. Plaintiff must comply with the pleading instructions provided in the accompanying Memorandum.

4. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal <u>with prejudice</u> and the court will CLOSE this case.

Date: 4/22/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2