## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMPEROR JOEY BUILDER,　　　　　　　:　　　No. 3:25-CV-2389
　　　　　　　**Plaintiff**　　　　　　　:

　　　　　　　　　　　　　　　　　　　:　　　(Judge Munley)

　　v.　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
HON. JUDGE GARY E. NORTON,　　　　:
*et al.*,　　　　　　　　　　　　　　　　:
　　　　　　　**Defendants**　　　　　　:

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Plaintiff's amended Section 1983 complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. Further leave to amend is **DENIED**.

3. Any habeas corpus claims raised in the amended complaint are **DISMISSED** without prejudice to Plaintiff's right to assert those claims in an appropriate habeas corpus petition following state-court exhaustion.

4. The Clerk of Court is directed to CLOSE this case.

Date: 7·7·26

BY THE COURT:

_____
**JUDGE JULIA K. MUNLEY**
**United States District Court**